DECEMBER 6, 2000

No. 00–7092 (00A458). GOINS v. ANGELONE, DIRECTOR, VIR-
GINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Applica-
tion for stay of execution of sentence of death, presented to THE
CHIEF JUSTICE, and by him referred to the Court, denied. Cer-
tiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would
grant the application for stay of execution.